**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

Garold Laughlin, Jr.,

       Plaintiff,

v.                             Case No. 1:25-cv-3195-MLB

Equifax, LLC,

       Defendant.

_____/

## ORDER

The parties have announced that this case has settled.  The Court **DIRECTS** the Clerk to **ADMINISTRATIVELY CLOSE** this case.  The parties shall file a dismissal or other filing disposing of this case upon finalization of the settlement.  If settlement negotiations fail, the parties shall promptly move to reopen the case.[1]

---

[1] Administrative closure is a docket-control device and will not prejudice the rights of the parties to this litigation in any manner.  The parties need only file a motion to reopen the case if settlement negotiations fail.

**SO ORDERED** this 2nd day of September, 2025.

MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE

2